CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 2 0 2008

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| FREDA WELLS, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:07cv00418 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| C.O. COOPER CAIN, <u>et al.</u>, | ) | By: Hon. Glen E. Conrad |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that defendants' motion for summary judgment is **GRANTED**. Any pending motions are hereby **DENIED as MOOT**, and this case is **STRICKEN** from the active docket of the court.[*]

The Clerk is directed to send copies of this order and accompanying memorandum opinion to plaintiff and to all counsel of record for the defendants.

ENTER: This 20th day of February, 2008.

                                                /s/ Glen E. Conrad
                                                United States District Judge

---

[*] Plaintiff is advised that she may appeal this decision pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure by filing a notice of appeal with this court within 30 days of the date of entry of this order, or within such extended period as the court may grant pursuant to Rule 4(a)(5).